**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 3:26-CR-3 |
| | : | |
| BRAELEE SANTANA, et al. | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed.

IT IS ORDERED that Case No. 3:26-CR-3, be unsealed.

SO ORDERED, this 19th day of February, 2026.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE